UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yulexi L., | Case No. 26-cv-0068 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*, et al., | |
| Respondents. | |

**THE COURT HEREBY ORDERS**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Yulexi L. by no later than January 9, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Jose J.O.E.*

v. *Bondi*, No. 25-cv-3051, 2025 WL 2466670 (D. Minn. Aug. 27, 2025).

3. If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 12, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion for an order to show cause (Dkt No. 5) is **GRANTED IN PART** insofar as the relief requested is consistent with the briefing schedule set forth above. To the extent that Petitioner seems preliminary injunctive relief, she must file a motion to that effect.

Dated: January 8, 2026            \_\_s/ David T. Schultz_____
                                  DAVID T. SCHULTZ
                                  United States Magistrate Judge

2