UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yulexi T., <br><br> Petitioner, <br><br> v. <br><br> Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; Todd M. Lyons, in his official capacity as *Acting Director of United States Immigration and Customs Enforcement*; and David Easterwood, in his official capacity as *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, <br><br> Respondents. | Case No. 26-cv-68 (ECT/DTS) <br><br> **AMENDED ORDER** |

Petitioner Yulexi T. has filed a Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents are directed to file an answer to the Petition by no later than January 9, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

3.    If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than January 12, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    To the extent Petitioner seeks an order prohibiting her transfer or removal during her Petition's adjudication, this request is **DENIED WITHOUT PREJUDICE** to its reconsideration once these matters have been fully briefed.

Dated: January 8, 2026                              s/ Eric C. Tostrud  
                                                          Eric C. Tostrud  
                                                          United States District Court